IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ROBERT E. BROWN                                                                      PLAINTIFF

v.                              No. 3:15-cv-58-DPM

ROBERT WILLIAMS; NORMA B. WILLIAMS;
WILLIAMS HOME SERVICE INC.; WAYNE L.
WATKINS; SPRING RIVER BEACH CLUB INC.;
VIRGIL GRIFFIN; GRIFFIN PARK LLC;
JESUS IS LORD MINISTRIES, INC; and
BIGGERS BLUFF CORPORATION                                                DEFENDANTS

## ORDER

I recuse. One of the defendants is Biggers Bluff Corporation, and plaintiff Brown alleges that Carroll Caldwell was an officer of that corporation. № 1 at 6-7. Caldwell has been a family friend for many years; and my family has done business with him through those years. My impartiality in presiding over a case in which he's involved could reasonably be questioned. 28 U.S.C. §455(a). The Clerk must therefore reassign this case at random by chip exchange.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

13 March 2015