**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

ROBERT E. BROWN                                                                                        PLAINTIFF

v.                                              NO. 3:15cv00058 JM

ROBERT WILLIAMS, et al.                                                                        DEFENDANTS

## ORDER

On August 13, 2015, a final scheduling order was entered setting this matter for jury trial the week of April 18, 2016. At Plaintiff's request and by agreement of counsel, this matter shall be removed from the jury trial docket and set for bench trial on the same date. Therefore, this matter is reset for **BENCH TRIAL** to begin at **9:30 a.m. on MONDAY, APRIL 18, 2016**, in Courtroom #324, United States Courthouse, 615 South Main, Jonesboro, Arkansas.

IT IS SO ORDERED this 4th day of April, 2016.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE