IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**ROBERT E. BROWN**                                                                                      **PLAINTIFF**

VS.                                                      NO. 3:15CV0058 JM

**ROBERT WILLIAMS,**
**NORMA B. WILLIAMS,**
**WILLIAMS HOME SERVICE, INC.,**
**WAYNE L. WATKINS,**
**SPRING RIVER BEACH CLUB, INC.,**
**VIRGIL GRIFFIN**
**MRS. VIRGIL GRIFFIN,**
**GRIFFIN PARK, LLC.,**
**And BIGGERS BLUFF CORPORATION**                                              **DEFENDANTS**

## ORDER

Pending are Plaintiff's motion for summary judgment, docket #21, and motion to voluntarily dismiss Separate Defendants Robert Williams, Norma B. Williams and Williams Home Service, Inc., docket # 62. Plaintiff's motion for summary judgment, docket # 21 is denied for the reasons stated on the record in the telephone hearing held April 7, 2016.

Plaintiff's motion to voluntarily dismiss the Williams Defendants is GRANTED. All claims and causes of action against Defendants Robert Williams, Norma B. Williams and Williams Home Service, Inc. are hereby dismissed without prejudice. The case is removed from the trial docket the week of April 18, 2016.

The Court notes that Plaintiff's right to re-file the case against these Defendants is subject to the provisions of Rule 41(d) of the Federal Rules of Civil Procedure. Under Rule 41(d), the Plaintiff may be ordered to pay any costs of this action which the Court deems appropriate upon filing the same claim against the same defendant.

IT IS SO ORDERED this 8th day of April, 2016.

_____
James M. Moody Jr
United States District Judge